**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Henry Alfred THOMAS, also known as Chris, also known as Sweet Black,**
**Defendant–Appellant.**

No. 05–30540.
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided March 28, 2006.

Camille Ann Domingue, Stephanie A. Finley, Assistant U.S. Attorneys, U.S. Attorney's Office Western, Lafayette, LA, for Plaintiff–Appellee.

Rebecca L. Hudsmith, Federal Public Defender, Federal Public Defender's Office Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before REAVLEY, HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM: *

Henry Alfred Thomas appeals the post-*Booker*** sentence imposed by the district court upon his conviction for distribution of crack cocaine. *See* 21 U.S.C. § 841. He argues that the district court's imposition of the maximum guideline sentence of 210 months was unreasonable in light of the Government's motion for downward departure pursuant to U.S.S.G. § 5K1.1 based on his substantial assistance.

Thomas has failed to rebut the presumption of reasonableness afforded his properly calculated guideline sentence. *United States v. Alonzo*, 435 F.3d 551, 554 (5th Cir.2006).

AFFIRMED.

---

* Pursuant to 5ᴛʜ Cɪʀ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᴛʜ Cɪʀ. R. 47.5.4.

** *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).